# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MCL CONSTRUCTION, INC., et al.,<br>　　　　Defendants. | CV 19-4036 DSF (MRWx)<br><br>JUDGMENT |

　　The Court having dismissed Plaintiffs' claim for breach of settlement agreement without prejudice for lack of subject matter jurisdiction and having granted Plaintiffs' motion for default judgment against MCL Construction, Inc.,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs are awarded judgment against MCL Construction, Inc., as follows:

| | |
|---|---|
| Unpaid contributions | $101,931.19 |
| Liquidated damages | $65,269.53 |
| Audit fees | $39.00 |
| Prejudgment interest | $30,394.81 |
| Attorneys' fees | $7,432.69 |
| **TOTAL** | **$205,067.22** |

Post-judgment interest shall accrue on the foregoing amounts pursuant to 28 U.S.C. § 1961. Plaintiffs also recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 15, 2019

*Dale S. Fischer*
Dale S. Fischer
United States District Judge